IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LUCAS CRANOR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:18-cv-00628-FJG |
| v. | ) ) ) | |
| THE ZACK GROUP, INC. and LYNN CARE, LLC, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Notice of Subpoenas to CareerBuilder, LLC, The Gypsy Nurse, Indeed, Inc., and NurseRecruiter.com, LLC was served upon the following via email transmission on March 5, 2019:

>Mark A. Olthoff (#38572)
>Brisa Izaguirre Wolfe (#67028)
>POLSINELLI, P.C.
>900 W. 48th Place, Suite 900
>Kansas City, Missouri 64112-1895
>(816) 753-1000
>(816) 753-1536 (fax)
>molthoff@polsinelli.com
>bwolfe@polsinelli.com

*Attorneys for Defendants*

Dated: March 5, 2019

Respectfully submitted,

By: /s/ Theodore H. Kuyper
Keith J. Keogh (Pro Hac Vice)
Theodore H. Kuyper (Pro Hac Vice)
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
tkuyper@keoghlaw.com

1

A.J. Stecklein (#16330)
Michael H. Rapp (#25702)
Stecklein & Rapp, Chartered
748 Ann Ave.
Kansas City, Kansas 66101
(913) 371-0727
(913) 371-0147 (fax)
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

*Attorneys for Plaintiff and the Putative Class*

### CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2019, I caused a copy of the foregoing *Certificate of Service* to be served upon the following via electronic filing using the CM/ECF system:

Mark A. Olthoff (#38572)
Brisa I. Wolfe (#67028)
POLSINELLI, P.C.
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
(816) 753-1000
(816) 753-1536 (fax)
molthoff@polsinelli.com
bwolfe@polsinelli.com

   /s/ Theodore H. Kuyper