IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LUCAS CRANOR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:18-cv-00628-FJG |
| v. | ) ) ) | |
| THE ZACK GROUP, INC., LYNN CARE, LLC, | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff Lucas Cranor, and Defendants The Zack Group, Inc. and Lynn Care, LLC (collectively, "the Parties"), as their joint status report pursuant to Paragraph 6 of the Court's scheduling order (ECF No. 43) state as follows:

On June 14, 2019, the Parties agreed to settle all claims asserted in this matter on behalf of an agreed upon class.

Currently, the Parties are in the process of reducing the terms of the settlement to writing. Specifically, Plaintiff circulated a draft settlement agreement to Defendants on June 24, 2019.

Once that process is complete, Plaintiff will file a motion seeking this Court's approval of said settlement and certification of the settlement class.

The Parties do not contemplate any potential problems related to the settlement, and in light of the settlement, do not contemplate any problems related to discovery or other matters.

Dated: June 28, 2019

/s/ Theodore H. Kuyper  /s/ Mark A. Olthoff
Keith J. Keogh (Pro Hac Vice)  Mark A. Olthoff (#16330)

1

78739

Theodore H. Kuyper (Pro Hac Vice)
**KEOGH LAW, LTD.**
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
tkuyper@keoghlaw.com
*Attorneys for Plaintiff and the Putative Class*

Brisa I. Wolfe (#67028)
**POLSINELLI, P.C.**
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
(816) 753-1536 (fax)
molthoff@polsinelli.com
bwolfe@polsinelli.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2019, I caused a copy of the foregoing ***Joint Status Report*** to be served upon the following via electronic filing using the CM/ECF system:

>Mark A. Olthoff (#38572)
>Brisa I. Wolfe (#67028)
>POLSINELLI, P.C.
>900 W. 48th Place, Suite 900
>Kansas City, Missouri 64112-1895
>(816) 753-1000
>(816) 753-1536 (fax)
>molthoff@polsinelli.com
>bwolfe@polsinelli.com



    /s/ Theodore H. Kuyper