# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LUCAS CRANOR, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 4:18-cv-00628-FJG |
| v. | )<br>)<br>) |
| THE ZACK GROUP, INC., LYNN CARE, LLC, | )<br>)<br>) |
| Defendants. | ) |

## JOINT STATUS REPORT

Plaintiff Lucas Cranor, and Defendants The Zack Group, Inc. and Lynn Care, LLC (collectively, "the Parties"), as their joint status report pursuant to the Court's June 28, 2019 Order (ECF No. 63) state as follows:

On June 14, 2019, the Parties agreed to settle all claims asserted in this matter on behalf of an agreed upon class.

Plaintiff circulated a draft settlement agreement to Defendants on June 24, 2019, the Parties have since exchanged numerous revisions, and they are working to finalize the draft settlement agreement and exhibits thereto.

Specifically, the parties are in principal agreement as to the written settlement and release agreement. They are currently working on the exhibits.

The Parties do not contemplate any potential problems related to the finalization of the written settlement agreement or exhibits. A further status report will be filed by August 30 unless the motion for preliminary approval is on file before that date.

Dated: July 31, 2019

| | |
|---|---|
| /s/ Theodore H. Kuyper | /s/ Mark A. Olthoff |
| Keith J. Keogh (Pro Hac Vice) | Mark A. Olthoff (#16330) |
| Theodore H. Kuyper (Pro Hac Vice) | Brisa I. Wolfe (#67028) |
| **KEOGH LAW, LTD.** | **POLSINELLI, P.C.** |
| 55 W. Monroe Street, Suite 3390 | 900 W. 48th Place, Suite 900 |
| Chicago, Illinois 60603 | Kansas City, Missouri 64112 |
| (312) 726-1092 | (816) 753-1000 |
| (312) 726-1093 (fax) | (816) 753-1536 (fax) |
| keith@keoghlaw.com | molthoff@polsinelli.com |
| tkuyper@keoghlaw.com | bwolfe@polsinelli.com |
| *Attorneys for Plaintiff and the Putative Class* | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2019, I caused a copy of the foregoing ***Joint Status Report*** to be served upon the following via electronic filing using the CM/ECF system:

> Mark A. Olthoff (#38572)
> Brisa I. Wolfe (#67028)
> POLSINELLI, P.C.
> 900 W. 48th Place, Suite 900
> Kansas City, Missouri 64112-1895
> (816) 753-1000
> (816) 753-1536 (fax)
> molthoff@polsinelli.com
> bwolfe@polsinelli.com



/s/ Theodore H. Kuyper

80517