IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LUCAS CRANOR individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE ZACK GROUP, INC.,  )<br>LYNN CARE, LLC,  )<br>)<br>Defendants.  ) | Case No. 4:18-cv-00628-FJG |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**

Plaintiff and Class Representative Lucas Cranor, through undersigned Class Counsel, respectfully moves for an Order granting final approval of the class settlement ("Agreement"), which is attached hereto as *Appendix 1* along with the declaration of the class administrator attached as *Appendix 2* and declaration of Class Counsel attached as *Appendix 3*.

This case alleges that Defendants violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"), by sending automated text messages to cellular telephones without the prior express consent of Plaintiff and the putative class members. On January 30, 2019 the Parties conducted a mediation of this case with Mr. John Phillips of Husch Blackwell. While the mediation resulted in impasse, the Parties continued to conduct discovery and hold settlement discussion thereafter, and reached a settlement resolving the claims of Plaintiff and the Settlement Class on June 1, 2019.

Under the Settlement, Defendants are required to pay $1,500,000 into a settlement fund ("Fund") for a class approximately 9,618 persons to whom Defendants sent text-messages regarding employment opportunities allegedly without proper consent. There is no requirement to submit a claim to partake in the settlement. Instead, Class Members who do not exclude

themselves from the settlement will receive a pro rata cash payment from this Fund. Not a single penny of the Fund will revert to Defendants. The settlement fund includes administration costs, fees, and any incentive award as approved by the Court.

There are no objections or requests for exclusions. *See Appendix 2*. As such, 100% of the class will receive their pro rata share of the settlement, which would provide for $95 each.

In further support, Plaintiff has filed his Suggestions in Support of Final Approval establishing the Agreement should be approved as fair, reasonable and adequate. *See Ortega v. Uponor, Inc. (In re Uponor, Inc.*), 716 F.3d 1057, 1063 (8th Cir. 2013); *Professional Firefighters Ass'n of Omaha, Local 385 v. Zalewski*, 678 F.3d 640, 648 (8th Cir. 2012).

ACCORDINGLY, Plaintiff respectfully moves the Court for an Order granting final approval of the class settlement, awarding a $10,000 incentive award to the Plaintiff and approving $500,000 and $23,846.34 for reasonable attorney fees and expenses. A draft final approval order was attached to the Agreement and is attached hereto as *Appendix 4*.

.

Respectfully Submitted,

/s/Keith J. Keogh
Keith J. Keogh (*pro hac vice*)
Theodore Kuyper (*pro hac vice*)
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
Tel: 312-726-1092
keith@keoghlaw.com

A.J. Stecklein #46663
Michael H. Rapp #66688
Stecklein & Rapp, Chartered
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served it on all parties.

/s/Keith J. Keogh
Attorney for Plaintiff

88519  2